UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                       Case No. 8:09-CR-585-T-24TBM

ELI HECKSCHER
_____/

**ORDER**

This cause comes before the Court on the Government's Request for Leave to Dismiss Indictment (Dkt. 474). Pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests leave of the Court to dismiss the Superseding Indictment pending against Defendant Eli Heckscher, without prejudice.

Upon consideration, it is **ORDERED AND ADJUDGED** that the Government's Request for Leave to Dismiss Indictment (Dkt. 474) is **GRANTED**. With respect to Defendant Eli Heckscher, the Superseding Indictment (Dkt. 122) is hereby **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of June, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties